# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:14-mj-155-CWH |
| vs. | ) | **ORDER MODIFYING BOND** |
| JASON DEMKO, | ) | |
| Defendant. | ) | |

The Court conducted a hearing September 18, 2014 (CM/ECF Entry No. 21).  At that hearing the defendant's appearance bond was modified as follows:  The defendant shall submit to a substance abuse assessment and shall participate in a program of inpatient or outpatient substance abuse therapy and counseling as directed by Pretrial Services.  The defendant shall pay all or part of the cost of the substance abuse treatment program or evaluation based upon his ability to pay as determined by Pretrial Services.

IT IS FURTHER ORDERED that all other conditions of supervised pretrial release previously imposed remain in full effect.

DATED this _22nd_ day of September, 2014.


_____
C.W. HOFFMAN, JR.
United States Magistrate Judge